IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KRISTI RODERICK and GEORGE RODERICK, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO.: 5:20-CV-598-FL |

**CONSENT ORDER ENLARGING TIME UNDER SCHEDULING ORDER**

This matter comes before the Court upon the request of the Plaintiffs Kristi Roderick and George Roderick, Sr., who are seeking an Order enlarging the time under the Scheduling Order to extend expert witness deadlines, pursuant to the Court's Scheduling Order and Federal Rule of Civil Procedure 16. Given the consent of all parties, this Court Orders as follows:

    **A.    DISCOVERY**

        2.    Disclosures required by Federal Rule of Civil Procedure 26(a)(2), including reports from retained experts, shall be served by Plaintiffs by **November 25, 2021**, and by Defendant by **January 25, 2022**.

        3.    Supplementations of disclosures under Federal Rule of Civil Procedure 26(e) shall be served at such times and under such circumstances as required by that rule. In addition, such supplemental disclosures shall be served by **April 16, 2022**, except with respect to rebuttal experts.

(Signature Lines on the Following Page)

| | |
|---|---|
| **WE CONSENT:** | Signed: 11/4/21 |
| BREWER LAW FIRM, LLC | |
| /s/ Barrett R. Brewer | _____ |
| _____ | LOUISE W. FLANAGAN |
| Barrett R. Brewer, Esq. | United States District Judge |

**WE CONSENT:**

BREWER LAW FIRM, LLC

/s/ Barrett R. Brewer
_____
Barrett R. Brewer, Esq.
P.O. Box 1847
510 Mill Street #2B (29464)
Mount Pleasant, SC 29465
o: (843) 779-7454
f: (843) 779-7456
e: barrett@brewerlawfirmsc.com
Attorney for the Plaintiffs

AND

**WE CONSENT:**

/s/ Bruce K. Allen
_____
Bruce K. Allen, Esq.
1000 Wildwood Dr.,
Fayetteville, NC 28304
o: (910) 867-7770
e: wlfman@prodigy.net
Attorney for the Plaintiffs

AND

**WE CONSENT:**

/s/ Rudy E. Renfer
_____
Rudy E. Renfer, Esq.
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
o: (919) 856-4530
f: (919) 856-4821
e: rudy.e.renfer@usdoj.gov
Attorney for the Defendant

Signed: 11/4/21

_____
LOUISE W. FLANAGAN
United States District Judge