IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CV-00598-FL

| | |
|---|---|
| KRISTI RODERICK and GEORGE RODERICK, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | **ORDER ON JOINT MOTION TO STAY THE CASE FOR NINETY (90) DAYS PENDING MEDIATION** |

For good cause, the Parties' Joint Motion to Stay this Case is GRANTED. This case is stayed for ninety days (90) pending mediation. At the conclusion of 90 days from the date of this Order, the parties shall file a status report apprising the Court of the status of the mediation process. If the mediation concludes prior to the 90-day period, either party may move to terminate the stay.

\_\_\_\_June 29,\_\_\_\_, 2022             \_\_\_\_/s/ Louise W. Flanagan\_\_\_\_
                                        LOUISE W. FLANAGAN
                                        United States District Judge